UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **PATRICK PIZZELLA**, Acting Secretary of Labor, United States Department of Labor, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 19 CV 1272<br>)<br>) |
| **TEQUILA'S MEXICAN BAR & GRILL, INC.,**<br>**OWEN HECTOR MUNOZ,** an individual, and,<br>**JAVIER MUNOZ,** an individual, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## CONSENT JUDGMENT

Plaintiff, **PATRICK PIZZELLA**, Acting Secretary of Labor, United States Department of Labor ("Plaintiff"), having filed his Complaint and the Defendants **TEQUILA'S MEXICAN BAR & GRILL, INC.**, **OWEN HECTOR MUNOZ**, an individual and **JAVIER MUNOZ** an individual, (collectively "Defendants"), hereby acknowledge receipt of the Complaint herein and waive service thereof, having been duly advised in the premises, agree to the entry of this judgment without contest under the Fair Labor Standards Act of 1938, as Amended (29 U.S.C. § 201 *et seq.*) (hereinafter "the Act"). Therefore, upon motion of the attorneys for Plaintiff, and for cause shown:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, pursuant to section 17 of the Act, that the Defendants, their officers, agents, servants, employees, successors, assigns and all persons in active concert or participation with them, hereby are permanently enjoined and restrained from violating the provisions of the Act in any of the following manners:

**I**

A. Defendants shall not fail to make, keep, and preserve records of their employees and of the wages, hours, and other conditions and practices of employment maintained by

them as prescribed by the regulations issued, and from time to time amended, pursuant to section 11(c) of the Act and found in 29 C.F.R. Part 516.

B.  Specifically, Defendants shall provide to each employee on each pay date with a pay stub reflecting specific dates of the pay period, total hours worked and paid, including total earnings at the regular rate and the overtime rate, gross amounts paid, and any deductions taken by Defendants. Further, Defendants shall maintain records of the hours worked each workday and each workweek for employees; and employee information including employee's full names, addresses, occupation and shifts worked, dates of hire, and hourly rates or salaries.

C.  Defendants shall post in a place visible to employees a Federal FLSA poster, available at http://www.dol.gov/whd/resources/posters.htm, in English and Spanish.

D.  Each individual defendant shall comply with the provisions stated hereinabove at any currently owned or operated restaurant or any restaurant owned or operated in the future by them.

### III

Each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding to date with no costs and expenses, including but not limited to, any and all costs and expenses referenced under the Equal Access to Justice Act, as Amended.

This Court shall retain jurisdiction for purposes of enforcing compliance with the terms of this final judgment pursuant to Federal Rule of Civil Procedure 54.

**IT IS SO ORDERED.**

ENTERED this 6th day of September, 2019.

                                                  /s/ Michael M. Mihm
                                                  Michael M. Mihm
                                          United States District Judge

Entry of this Judgment is hereby consented to and notice by the Clerk to the Defendants is hereby waived:

| For Defendants: | For Plaintiff: |
|---|---|
| **TEQUILA'S MEXICAN BAR & GRILL, INC., OWEN HECTOR MUNOZ,** an individual and **JAVIER MUNOZ,** an individual | **PATRICK PIZZELLA**<br>Acting Secretary of Labor<br><br>**KATE S. O'SCANNLAIN**<br>Solicitor of Labor |
| s/Hector Munoz<br>Its    Owner | **CHRISTINE Z. HERI**<br>Regional Solicitor |
| | s/Linda J. Ringstad<br>**LINDA J. RINGSTAD**<br>Counsel for Wage and Hour |
| 370 West Washington<br>East Peoria, IL 61611 | |
| s/Hector Munoz<br>**OWEN HECTOR MUNOZ,** an individual<br>. | U.S. Department of Labor<br>Office of the Solicitor<br>230 S. Dearborn St., Room 844<br>Chicago, IL 60604<br>Telephone: (312) 353-3668<br>Email: ringstad.linda@dol.gov |
| **s/**Javier Munoz<br>**JAVIER MUNOZ,** an individual | |
| s/Jason B. Netzley<br>Attorney Jason B. Netzley – ARDC# 6283623<br>BRAVE LAW CENTER, P.C.<br>330 NE Perry Ave. | |

Peoria, IL 61603
Phone (309) 685-7900
Fax (309) 439-9433
Email: office@getbravelaw.com


Dated:   August 9, 2019