Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
SEP - 9 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **PATRICK PIZZELLA**, Acting Secretary of Labor, United States Department of Labor,  Plaintiff,  vs.  **TEQUILA'S MEXICAN BAR & GRILL, INC., HECTOR MUNOZ**, an individual, and **JAVIER MUNOZ**, an individual  Respondent. | Case Number: 19-1272 |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to section 17 of the Act, that the Defendants, their officers, agents, servants, employees, successors, assigns and all persons in active concert or participation with them, hereby are permanently enjoined and restrained from violating the provisions of the Act in any of the following manners:

A. Defendants shall not fail to make, keep, and preserve records of their employees and of the wages, hours, and other conditions and practices of employment maintained by them as prescribed by the regulations issued, and from time to time amended, pursuant to section 11(c) of the Act and found in 29 C.F.R. Part 516.

B. Specifically, Defendants shall provide to each employee on each pay date with a pay stub reflecting specific dates of the pay period, total hours worked and paid, including total earnings at the regular rate and the overtime rate, gross amounts paid, and any deductions taken by Defendants. Further, Defendants shall maintain records of the hours worked each workday and each workweek for employees; and employee information including employee's full names, addresses, occupation and shifts worked, dates of hire, and hourly rates or salaries.

C. Defendants shall post in a place visible to employees a Federal FLSA poster, available at http://www.dol.gov/whd/resources/posters.htm, in English and Spanish.

Judgment in a Civil Case (02/11)

D. Each individual defendant shall comply with the provisions stated hereinabove at any currently owned or operated restaurant or any restaurant owned or operated in the future by them.

**IT IS FURTHER ORDERED, ADJUDGED** that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding to date with no costs and expenses, including but not limited to, any and all costs and expenses referenced under the Equal Access to Justice Act, as Amended.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Court shall retain jurisdiction for purposes of enforcing compliance with the terms of this final judgment pursuant to Federal Rule of Civil Procedure 54.

Dated: 9/9/2019

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court